# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., AS BROADCAST LICENSEE OF THE MARCH 8, 2014 "TOE TO TOE" SAUL ALVAREZ V. ALFREDO ANGULO LIGHT MIDDLEWEIGHT CHAMPIONSHIP FIGHT PROGRAM, § § § § § § § § Plaintiff, § § v. § ALEJO AGUILAR LUJAN, § INDIVIDUALLY AND D/B/A, ALSO § KNOWN AS ALEJO A. LUJAN D/B/A § GRAMA ST. BAR & GRILL, D/B/A § GRAMA ST. BAR ''N GRILL, D/B/A § GRAMA'S CANTINA (ABUELITA'S), § § Defendant. § | EP-17-CV-00069-KC |

## FINAL JUDGMENT

In accordance with the Order the Court signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED** in part.

Default Judgment is **ENTERED** against Defendant **ALEJO AGUILAR LUJAN, INDIVIDUALLY AND D/B/A, ALSO KNOWN AS ALEJO A. LUJAN D/B/A GRAMA ST. BAR & GRILL, D/B/A GRAMA ST. BAR ''N GRILL, D/B/A GRAMA'S CANTINA (ABUELITA'S)**.

Plaintiff is **AWARDED** $5,400.00 in damages plus $1,000.00 in attorneys' fees, for a total of $6,400.00 plus costs. Post-judgment interest is calculated at the rate of 1.24% per annum until paid in full, pursuant to the provisions of 28 U.S.C. § 1961(b).

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 29th day of August, 2017.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE